UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

               - against -

  SHONTE MONTRELL SASSER,

                    Defendant(s).

---------------------------------------------------------------X

**ORDER**

19 CR 00733-01 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

       Defendant is ORDERED to self surrender to the Unites States Marshals Service at the

U.S. District Courthouse, 300 Quarropas Street, White Plains, NY 10601 at 12:00 pm on Monday,

February 28, 2022 or the designated Bureau of Prisons facility.

                                           SO ORDERED.

Dated:       White Plains, New York
              February 4, 2022



                               Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2022